B6A (Official Form 6A) (12/07)

In re **Jonathan M. Banta**　　　　　　　　　　　　　Case No.　**12-43168**
　　　**Denise Banta**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 1/21/2013*
**SCHEDULE A - REAL PROPERTY**

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead<br>235 Burks Road, Whitewright, TX<br>*value listed is Debtors best estimate; tax appraised value is $264,017.00 | Fee Simple | - | $400,000.00 | $318,523.00 |
| | | Total: | $400,000.00 | |

(Report also on Summary of Schedules)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Jonathan M. Banta**　　　　　　　　　　　　　　　　　　　　　Case No.　**12-43168**
　　　**Denise Banta**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 1/21/2013*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of　　**3**　　sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **1/21/2013**　　　　　　　　　　　　Signature **/s/ Jonathan M. Banta**
　　　　　　　　　　　　　　　　　　　　　　　　　　*Jonathan M. Banta*

Date **1/21/2013**　　　　　　　　　　　　Signature **/s/ Denise Banta**
　　　　　　　　　　　　　　　　　　　　　　　　　　*Denise Banta*
　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*