B6C (Official Form 6C) (4/10)

In re **Jonathan M. Banta**          Case No. **12-43168**
     **Denise Banta**
                                                                             (If known)

*AMENDED 1/21/2013*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead<br>235 Burks Road, Whitewright, TX<br>*value listed is Debtors best estimate; tax appraised value is $264,017.00 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $81,477.00 | $400,000.00 |
| Household goods | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $6,500.00 | $6,500.00 |
| Books - $50.00<br>Pictures - $100.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $150.00 | $150.00 |
| Clothing | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $300.00 | $300.00 |
| Jewelry and watches | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $6,000.00 | $6,000.00 |
| Treadmill - $200.00<br>Golf clubs - $200.00<br>Cameras - $50.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $450.00 | $450.00 |
| 529 Account with Fidelity - $8,828.00<br>529 Account with Fidelity - $6,414.00<br>529 Account with Fidelity - $6,569.00 | Tex. Prop. Code § 42.0022 | $21,811.00 | $21,811.00 |
| IRA with Merrill Lynch | Tex. Prop. Code § 42.0021 | $29,725.95 | $29,725.95 |
| 2012 Kia Optima | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $23,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$146,413.95** | **$487,936.95** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **Jonathan M. Banta**  Case No. **12-43168**
**Denise Banta**
(If known)

*AMENDED 1/21/2013*
### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3 Computers and 2 printers | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $500.00 | $500.00 |
| Yard tools and hand tools | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $200.00 | $200.00 |
| 3 Dogs | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $0.00 |
| John Deere tractor - $8,000.00<br>Polaris Ranger ranch vehicle - $7,000.00<br>John Deere riding lawnmower - $500.00 | Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) | $15,500.00 | $15,500.00 |
| | | **$162,613.95** | **$504,136.95** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Jonathan M. Banta**  Case No. **12-43168**
**Denise Banta**
(if known)

## *AMENDED 1/21/2013*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **4** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **1/21/2013**   Signature **/s/ Jonathan M. Banta**
*Jonathan M. Banta*

Date **1/21/2013**   Signature **/s/ Denise Banta**
*Denise Banta*
[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*