B6F (Official Form 6F) (12/07)

In re **Jonathan M. Banta**  
**Denise Banta**

Case No. **12-43168**  
(if known)

### *AMENDED 3/15/2013*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Acute Kids Urgent Care of Medical City**<br>PO Box 742091<br>Atlanta, GA 30374-2091 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $148.96 |
| ACCT #:<br>**Agape Pool and Spa**<br>105 Brown Street<br>Princeton, TX 75407 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $338.00 |
| ACCT #:<br>**Alltex Parker Mechanical Services**<br>2126 Vanco Street<br>Irving, TX 75061 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $335.06 |
| ACCT #:  xxxxxxxxxxxx4433<br>**American Express**<br>PO Box 981540<br>El Paso, TX 79998-1540 | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $14,646.00 |
| ACCT #:<br>**AT&T**<br>PO Box 650661<br>Dallas, TX 75265-0661 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $42.92 |
| ACCT #:  xxxx-xxxx-xxxx-8229<br>**Bank of America**<br>PO Box 982238<br>El Paso, TX 79998-2238 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $41,056.00 |

|   |   |
|---|---|
| Subtotal > | **$56,566.94** |
| Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**10**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**  Case No. **12-43168**
**Denise Banta** (if known)

*AMENDED 3/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Bank of America** <br>PO Box 982238 <br>El Paso, TX 79998-2238 | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Debt** <br>REMARKS: | | | | $80.99 |
| ACCT #: **xxxx-xxxx-xxxx-5376** <br>**Bank of America** <br>PO Box 982238 <br>El Paso, TX 79998-2238 | X | - | DATE INCURRED: <br>CONSIDERATION: <br>**Business Debt** <br>REMARKS: | | | | $9,200.00 |
| ACCT #: <br>**Baylor Medical Center - Frisco** <br>5601 Warren Pkwy. <br>Frisco, TX 75034 | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Debt** <br>REMARKS: | | | | $4,457.83 |
| ACCT #: **xxxx-xxxx-xxxx-7709** <br>**Capital One Bank (USA) N.A.** <br>PO Box 30285 <br>Salt Lake City, UT 84130-0285 | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Debt** <br>REMARKS: | | | | $2,324.00 |
| ACCT #: <br>**Care Now** <br>PO Box 9101 <br>Coppell, TX 75019-9101 | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Debt** <br>REMARKS: | | | | $31.76 |
| ACCT #: <br>**Care Now** <br>PO Box 9101 <br>Coppell, TX 75019-9101 | | - | DATE INCURRED: <br>CONSIDERATION: <br>**Debt** <br>REMARKS: | | | | $38.24 |

Sheet no. __1__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $16,132.82

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**  Case No. **12-43168**
**Denise Banta**
(if known)

*AMENDED 3/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxx-xxxx-4035** **Chase Bank** PO Box 15298 Wilmington, DE 19850-5298 | | - | DATE INCURRED: CONSIDERATION: **Debt** REMARKS: | | | | $26,363.00 |
| ACCT #: **Chase Bank** PO Box 15298 Wilmington, DE 19850-5298 | X | - | DATE INCURRED: CONSIDERATION: **Business Debt** REMARKS: | | | | $101,671.92 |
| ACCT #: **Chase Bank** PO Box 15298 Wilmington, DE 19850-5298 | | - | DATE INCURRED: CONSIDERATION: **Debt** REMARKS: | | | | $117.99 |
| ACCT #: **xxxx-xxxx-xxxx-3312** **Citibank SD, NA** PO Box 20363 Kansas City, MO 64195-0363 | | - | DATE INCURRED: CONSIDERATION: **Debt** REMARKS: | | | | $25,859.00 |
| ACCT #: **xxxx-xxxx-xxxx-0334** **Citibank SD, NA** PO Box 20507 Kansas City, MO 64195-0507 | | - | DATE INCURRED: CONSIDERATION: **Debt** REMARKS: | | | | $10,519.00 |
| ACCT #: **Computer Credit, Inc.** PO Box 5238 Winston-Salem, NC 27113-5238 | | - | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: **Collecting for Texas Health Presbyterian Allen** | | | | **Notice Only** |

Sheet no. __2__ of __10__ continuation sheets attached to  Subtotal >  **$164,530.91**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**  
**Denise Banta**  
Case No. **12-43168**  
(if known)

*AMENDED 3/15/2013*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Convergent**<br>PO Box 9004<br>Renton, WA 98057-9004 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Bank of America** | | | | **Notice Only** |
| ACCT #:<br>**Credit Systems International**<br>1277 Country Club Lane<br>Fort Worth, TX 76112 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Texas Health Physicians Group** | | | | **Notice Only** |
| ACCT #:<br>**Doyle Carson**<br>777 Walter Reed Blvd., #305<br>Garland, TX 75042 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $297.60 |
| ACCT #:<br>**E-Care Emergency Management**<br>2810 S. Hardin, Ste. 100<br>McKinney, TX 75070-7531 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $7,961.00 |
| ACCT #:<br>**Eldorado Park Shopping Center, LTD**<br>2107 W. Eldorado Pkwy., Ste. 102-J<br>McKinney, TX 75070 | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $85,176.00 |
| ACCT #:<br>**Family Medicine Assoc. of Texas**<br>4333 N. Josey Lane, #302<br>Carrollton, TX 75010 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $248.02 |

Sheet no. **3** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$93,682.62**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**     Case No. **12-43168**
      **Denise Banta**
                                                     (if known)

*AMENDED 3/15/2013*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Financial Corporation of America** <br> 12515 Research Blvd., Bldg. 2, Ste. 100 <br> Austin, TX 78759 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: <br> **Collecting for Medical Center of McKinney** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx3747** <br> **GE Credit/Discount Tire** <br> PO Box 981439 <br> El Paso, TX 79998-1439 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Debt** <br> REMARKS: | | | | $962.00 |
| ACCT #: <br> **LabCorp** <br> PO Box 2240 <br> Burlington, NC 27216-2240 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Debt** <br> REMARKS: | | | | $33.54 |
| ACCT #: <br> **LSM Center Partners, LP** <br> 8235 Douglas Avenue, Ste. 720 <br> Dallas, TX 75225 | X | - | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: | | | | $17,292.00 |
| ACCT #: <br> **Medical Center of McKinney** <br> PO Box 639400 <br> Irving, TX 75063-9400 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Debt** <br> REMARKS: | | | | $775.45 |
| ACCT #: <br> **Medical Center of McKinney** <br> PO Box 639400 <br> Irving, TX 75063-9400 | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Debt** <br> REMARKS: | | | | $52.79 |

Sheet no. __4__ of __10__ continuation sheets attached to     Subtotal >     **$19,115.78**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**     Case No. **12-43168**
      **Denise Banta**                                                                                   (if known)

### *AMENDED 3/15/2013*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Medical Center of McKinney**<br>PO Box 639400<br>Irving, TX 75063-9400 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $817.09 |
| ACCT #:<br>**Medical Center of Plano**<br>**Attn: Patient Accounts**<br>PO Box 639400<br>Irving, TX 75063-9400 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $3,520.24 |
| ACCT #:<br>**MinuteClinic Diagnostics of Texas**<br>PO Box 8447<br>Belfast, ME 04915-8447 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $82.36 |
| ACCT #:<br>**NCC Business Services**<br>9428 Baymeadows Road, #200<br>Jacksonville, FL 32256 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for CitiBank** | | | | **Notice Only** |
| ACCT #:<br>**North Dallas Urology Associates**<br>5300 W. Plano Pkwy., Ste. 200<br>Plano, TX 75093-4861 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $740.72 |
| ACCT #:<br>**Paramount Recovery Systems**<br>111 E. Center Street<br>Lorena, TX 76655 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Questcare Medical Services** | | | | **Notice Only** |

Sheet no. __5__ of __10__ continuation sheets attached to      Subtotal >      **$5,160.41**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**     Case No. **12-43168**
       **Denise Banta**
                                                                                                                                  (if known)

*AMENDED 3/15/2013*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Pinnacle Anesthesia Consultants**<br>PO Box 650426<br>Dallas, TX 75265-0426 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $120.70 |
| ACCT #:<br>**Plano Pediatric Associates**<br>6130 W. Parker Rd., #410<br>Plano, TX 75093 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $225.45 |
| ACCT #:<br>**Plano Pediatric Associates**<br>6130 W. Parker Rd., #410<br>Plano, TX 75093 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $6.42 |
| ACCT #:<br>**ProPath Associates**<br>PO Box 678174<br>Dallas, TX 75267-8174 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $77.95 |
| ACCT #:<br>**ProPath Associates**<br>PO Box 678174<br>Dallas, TX 75267-8174 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $11.25 |
| ACCT #:<br>**Questcare Medical Services**<br>PO Box 201611<br>Dallas, TX 75320-1611 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $268.97 |

Sheet no. __6__ of __10__ continuation sheets attached to      Subtotal >      **$710.74**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta** Case No. **12-43168**
**Denise Banta**
(if known)

*AMENDED 3/15/2013*
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Republic Emergency Services**<br>**PO Box 24921**<br>**Fort Worth, TX 76124-1921** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $36.96 |
| ACCT #:<br>**Sherman Grayson Health Systems**<br>**500 N. Highland Avenue**<br>**Sherman, TX 75092** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $1,000.00 |
| ACCT #:<br>**Starplus EMS**<br>**PO Box 2552**<br>**McKinney, TX 75070-2552** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $524.68 |
| ACCT #:<br>**Texas Child Neurology**<br>**1708 Coit Rd., Suite 150**<br>**Plano, TX 75075** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $216.86 |
| ACCT #:<br>**Texas Health Physicians Group**<br>**PO Box 975341**<br>**Dallas, TX 75397-5341** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $250.06 |
| ACCT #:<br>**Texas Health Physicians Group**<br>**PO Box 975341**<br>**Dallas, TX 75397-5341** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $246.43 |

Sheet no. __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $2,274.99

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta** Case No. **12-43168**
**Denise Banta**
(if known)

*AMENDED 3/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Texas Health Physicians Group**<br>PO Box 975341<br>Dallas, TX 75397-5341 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $94.74 |
| ACCT #:<br>**Texas Health Presbyterian Allen**<br>PO Box 910893<br>Dallas, TX 75391-0893 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $1,917.82 |
| ACCT #:<br>**Texas Health Presbyterian Hospital**<br>500 N. Highland Avenue<br>Sherman, TX 75092 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Texas Medicine Resources**<br>PO Box 8549<br>Fort Worth, TX 76124-0549 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $343.02 |
| ACCT #:<br>**Texas Radiology Associates**<br>PO Box 2285<br>Indianapolis, IN 46206-2285 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $14.05 |
| ACCT #:<br>**Texas Vital Care**<br>PO Box 132<br>Bells, TX 75414-0132 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | $1,676.75 |

Sheet no. __8__ of __10__ continuation sheets attached to Subtotal > **$4,046.38**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**  Case No. **12-43168**
**Denise Banta** (if known)

*AMENDED 3/15/2013*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**TL Thompson & Associates**<br>**PO Box 496149**<br>**Garland, TX 75049-6149** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Alltex Parker Mechanical Services** | | | | **Notice Only** |
| ACCT #:<br>**United Revenue Corp.**<br>**204 Billings Street, Suite 120**<br>**Arlington, TX 76010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for Texas Medicine Resources** | | | | **Notice Only** |
| ACCT #:<br>**Wellness Concepts, PA**<br>**4201 Medical Center Dr., #300**<br>**McKinney, TX 75069-1777** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$180.86** |
| ACCT #:<br>**Wells Fargo Bank**<br>**1000 Louisiana Street, 2nd Floor**<br>**MAC: T5001-027**<br>**Houston, TX 77002** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$246,348.65** |
| ACCT #:<br>**Wells Fargo Bank**<br>**1000 Louisiana Street, 2nd Floor**<br>**MAC: T5001-027**<br>**Houston, TX 77002** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$123,892.33** |
| ACCT #: **xxxxx8286**<br>**WFNNB/New York & Company**<br>**PO Box 182685**<br>**Columbus, OH 43218-2685** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Debt**<br>REMARKS: | | | | **$277.00** |

Sheet no. ___**9**___ of ___**10**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$370,698.84**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jonathan M. Banta**     Case No. **12-43168**
     **Denise Banta**                                                                 (if known)

*AMENDED 3/15/2013*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Young Chef's International, LP**<br>**100 North 6th Street**<br>**Waco, TX 76701** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $109,350.00 |
| ACCT #:<br>**Zwicker & Associates, P.C.**<br>**Attn: Joseph M. O'Bell**<br>**321 N. Main Street**<br>**Taylor, TX 76574** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for American Express** | | | | **Notice Only** |

Sheet no. __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            **Subtotal >**    **$109,350.00**
                                  **Total >**    **$842,270.43**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Jonathan M. Banta**   Case No. **12-43168**
**Denise Banta**   (if known)

*AMENDED 3/15/2013*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/15/2013**   Signature **/s/ Jonathan M. Banta**
*Jonathan M. Banta*

Date **3/15/2013**   Signature **/s/ Denise Banta**
*Denise Banta*
[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*